**Order filed January 9, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00775-CV

_____

**DAVID A. THOMAS AND WESTGATE INTERNATIONAL DIVERSIFIED ENERGY SERVICES COMPANY, LP, Appellants**

**V.**

**BURBANK & SUTHERLAND, LP AND SHAWN O'BRIEN, Appellees**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-10270**

---

## ORDER

This is an appeal from a final judgment signed June 30, 2016. On August 30, 2016, appellants filed a motion in the trial court to set a supersedeas bond pursuant to Texas Rule of Appellate Procedure 24. On December 16, 2016, the trial court set a supersedeas bond amount of $185,301 for Thomas and $0 for Westgate. On December 19, 2016, appellants filed a motion pursuant to Texas Rule of Appellate Procedure 24.4 challenging the trial court's order setting supersedeas bond, alleging

the trial court improperly considered an award of attorneys' fees in calculating the bond amount. Appellants further asked that we stay enforcement of the trial court's judgment pending a ruling on their motion to reduce supersedeas bond.

Texas Rule of Appellate Procedure 24.4(c) provides that in a review from the trial court's supersedeas determination, an appellate court may "issue any temporary orders necessary to preserve the parties' rights." Tex. R. App. P. 24.4(c).

It appears from the facts stated in the emergency motion that appellants' rights will be prejudiced unless immediate temporary relief is granted. Accordingly, we issue the following order.

We ORDER that enforcement of the trial court's judgment in trial court cause number 2015-10270, styled *Burbank & Sutherland, LP; Shawn O'Brien v. David A. Thomas; Westgate International Diversified Energy Services Company, L.P.* is STAYED. The stay shall be lifted automatically 20 days from the date of this order unless before such time David A. Thomas[1] files with the trial court clerk a supersedeas bond (or cash deposit in lieu of bond) in the amount of $154,515.44. If David A. Thomas does so, he shall provide this court with proof thereof within 20 days of the date of this order. If no supersedeas bond (or cash deposit in lieu of bond) is filed with the trial court clerk within 20 days, the stay shall be deemed lifted without further order of this court.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Brown and Jewell.

---

[1] Appellant Westgate International's bond was set at $0. No party has complained of this portion of the trial court's order.